UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAY 28, 2004

| | |
|---|---|
| 3:03MD1505 (PCD) | IN RE CARDIAC DEVICES |
| | |
| 3:03CV468 (PCD) | COSENS VS. FLORIDA HOSP. MED. CTR. |
| 3:03CV492 (PCD) | COSENS VS. JOHNS HOPKINS |
| 3:03CV502 (PCD) | COSENS VS. ST. VINCENT HOSPITAL |
| 3:03CV515 (PCD) | COSENS VS. FOSTER G. MCGRAW HOSPITAL |
| 3:03CV516 (PCD) | COSENS VS. HOSPITAL OF THE UNIV. OF PENN |
| 3:03CV521 (PCD) | COSENS VS. AURORA HEALTH CARE |
| 3:03CV523 (PCD) | COSENS VS. SACRED HEART MEDICAL |
| 3:03CV536 (PCD) | COSENS VS. SENTARA NORFOLK GENERAL |
| 3:03CV540 (PCD) | COSENS VS. MONTEFIORE MED. CTR. |
| 3:03CV542 (PCD) | COSENS VS. GOOD SAMARITAN HOSP. |
| 3:03CV548 (PCD) | COSENS VS. DUKE UNIV. MED CTR. |
| 3:03CV549 (PCD) | COSENS VS. ST. JOSEPH MERCY |
| 3:03CV563 (PCD) | COSENS VS. CLEVELAND CLINIC |
| 3:03CV564 (PCD) | COSENS VS. BAYLOR UNIV. MED. CTR. |
| 3:03CV569 (PCD) | COSENS VS. PROVIDENCE MED. CTR. |
| 3:03CV570 (PCD) | COSENS VS. METHODIST HOSPITAL |
| 3:03CV578 (PCD) | COSENS VS. ST. JOSEPH HOSPITAL |
| 3:03CV579 (PCD) | COSENS VS. CRAWFORD LONG HOSP. |
| 3:03CV592 (PCD) | COSENS VS. ST. VINCENT HOSP. |
| 3:03CV593 (PCD) | COSENS VS. METHODIST HOSP. |
| 3:03CV603 (PCD) | COSENS VS. METHODIST HOSP. |
| 3:03CV633 (PCD) | COSENS VS. MASS. GENERAL HOSP. |
| 3:03CV634 (PCD) | COSENS VS. LAHEY CLINIC |
| 3:03CV638 (PCD) | COSENS VS. WASHINGTON HOSP. |
| 3:03CV654 (PCD) | COSENS VS. ST. FRANCIS HOSP. |
| 3:03CV685 (PCD) | COSENS VS. ST. LOUIS UNIV. HOSP. |
| 3:03CV686 (PCD) | COSENS VS. JEWISH HOSP. |
| 3:03CV688 (PCD) | COSENS VS. WILLIAM BEAUMONT |
| 3:03CV689 (PCD) | COSENS VS. HARPER HOSP. |
| 3:03CV800 (PCD) | COSENS VS. ST. THOMAS HOSP. |
| 3:03CV818 (PCD) | COSENS VS. CEDARD SINAI MED CTR |
| 3:03CV819 (PCD) | COSENS VS. HOSPITAL OF GOOD SAMARITAN |
| 3:03CV820 (PCD) | COSENS VS. LOMA LINDA UNIV. MED. CTR. |
| 3:03CV838 (PCD) | COSENS VS. NORTHWESTERN HOSP. |

<u>NOTICE TO COUNSEL</u>

     We have transferred the above-captioned cases from the docket of the Honorable Gerard L. Goettel, United States District Judge, to the docket of the Honorable Peter C. Dorsey, United States District Judge, who sits in New Haven, CT.  Counsel shall file all future filings with the Office of the Clerk, United States District Court, 141 Church Street, New Haven, CT 06510.  The initials "PCD" should appear after the case number.

                By Order of the Court


                Kevin F. Rowe, Clerk